| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | | COURT OF APPEALS |
| | * | OF MARYLAND |
| v. | * | Misc. Docket AG No. 15 |
| OLEKANMA ARNNETTE EKEKWE | * | September Term, 2019 |

## ORDER

UPON CONSIDERATION of the certified copy of the Opinion of the District of Columbia Court of Appeals dated June 27, 2019, wherein the Respondent, Olekanma Arnnette Ekekwe, was suspended from the practice of law for three years for violating the D.C. Rules of Professional Conduct; the Petition for Disciplinary or Remedial Action, filed pursuant to Maryland Rule 19-737; and the parties' Responses to this Court's Show Cause Order dated September 4, 2019; it is this day 20th, of November 2019,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the Respondent, Olekanma Arnnette Ekekwe, be, and hereby is, suspended indefinitely, from the practice of law in the State of Maryland, with the right to reapply after she is reinstated to practice law in the District of Columbia; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Olekanma Arnnette Ekekwe from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk